UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT ~~White~~ Hamilton

Nancy Smith
P.R.S
_____
(Enter above the NAME of the
plaintiff in this action.)

v.

Walker County
P.D, DFCS, PR
_____
(Enter above the NAME of each
defendant in this action.)

1:21-cv-288

FILED
NOV 2 2021
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO ( )

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: Nancy Smith
P.R.S

Defendants: _____

1

2. What was the result? No Result

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Nancy Smith

Present address: Apt 208, 3712 Ringgold Road, Chattanooga TN 37412

Permanent home address: Same

Address of nearest relative: Memory Garden, Summerville GA 30747

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Park Rangers #1, 2, 3

Official position: 'Peace officer'

Place of employment: National Military Park

C. Additional defendants: Walker County Police Department, Walker County Special Unit/Task Force, Walker County Family and Children Services

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Sept 8, 21 I was lighted by 'Ranger' Traveling through 'Battlefield on Lafayette Road, I didn't stop b/c of no street lights and

2

my two year old asleep. I pulled over at Cross Connection Church. 'Ranger spoke through bull horn to put hands outside vehicle (I did) He told me to step out walk to the back of the car and come and talk to him. (I did not) I offered my information he became hostile him and his coworker aimed their weapon at me and my two year old for several minutes. 'Rangers took my daughter out of car seat and out of my sight and gave her to DFCS. 'Rangers started going through my car throwing and laying everything on the side of the road in the wet grass. 'Ranger came to the Truck they put me in to ask for the key to my lockbox I told him I had several. He slammed the door took his hammer and broke the lock. 'Ranger' told his coworker to look for a medicaid card 'Ranger' unzipped by bible cover took Papers out it was laying on floor in the back seat. 'Ranger' Said he warned me, he told me. 'Previous interaction My insurance lapsed and he told me (He Also told Bartow County) 'Rangers took me to Catoosa County Jail on 8 Charges $15,000 Preset bond My daughter and Vehicle was taken to Walker County. 'Ranger took a warrant out for my arrest

4

The day after I got out of Catoosa County Jail, For two of the eight charges Possession of Meth he said he found mixed in with dirt in the bottom of my purse, Possession of a firearm during the commission of a crime that was an antique locked in a lockbox unloaded, He kept it and my spare keys to car, mailbox and Storage are gone 'Ranger' testified when I was arrested in court on the warrant he filed for a hearing regarding my daughter he took, they took, He said he found a title that belonged to a Church, That was inside my bible, He looked down on me on his way out the courtroom as if I was less than, or beneath him. Sept 21, 2021 Walker County Police Department/Special Unit/Task, Arrived in Gear and carried Shields around 10, And Stated if your not stepping out we are stepping up, I started to exit my vehicle at that point, I was face down on the ground and handcuffed, An officer purposely took his foot and stepped on my back causing intense pain which is still causing enormous Pain. They left soon after 'Rangers' stopped Inventor

4

DFCS of Walker County arrived while I was detained in the back of the 'Rangers' White Truck. The next day at Catoosa County Jail, Jessica Holder came to ask who was my daughters father and family members that I was not allowed or given a chance to access. My phone or any belongings. She stated a hearing was set 72 hour emergency unfortunately under my circumstances I was not able to defend my child. This Agency did not contact regarding unifying my family. I was contacted by Social Service Bobby Reid October 30-31 at 2pm after he got out of court regarding my daughter. He only called me to tell me they held court and I was not there to attend. Deliberate actions 'Racism'

V. **RELIEF**

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

My violations addressed, The harassment, cruelty and brutality tried very soon. Relief for seperation time I do not get back, no less than One dollar no more than two hundred, thirty five million They should not have a right for defense, by going though items for info. They already broke every law.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __November__ day of __23__, 20__21__.

_____
Signature of plaintiff(s)

5

| (Name) | (Agency) | |
|---|---|---|
| Placement of Dependent Child: Bobby and Elizabeth Dunn | | Date: 9/9/2021 Time: 1:25 AM |
| Person Notified: By: | | Date: Time: |
| Detained: Yes ( ) No ( ) Authorized By: | Place Detained: | Date: Time: |
| Released To: Relation: | | Date: Time: |

1. State the facts of the dependency:
   Nancy Smith was arrested and taken to Catoosa County Jail. Nancy was pulled over for a traffic violation. It was discovered that Nancy had a bag of methamphetamine, a pipe, and a gun on her possession. Per Law Enforcement Nancy was not cooperative and did not give any information for anyone that could pick her child up. Nancy stated her mother could but she did not have her number. Nancy did not provide law enforcement with her child's name, dob, etc. but only her age (2). Nancy was already transported to the Catoosa county jail before DFCS arrived on scene and DFCS was advised they had taken the child into protective custody and needed DFCS to pick up the child. Law enforcement and DFCS were able to obtain the child's name and DOB through the mother's DFCS history as well as she was listed as a next of kin at the Walker County Jail. Previously, Nancy has been arrested in Walker and Chattooga County Jails. She was last arrested in April for drug related charges. DFCS and Law enforcement worked to locate any know relatives through information in DFCS system, jail systems, going by the mother's listed address, conducting a CLEAR search for relatives, and searching social media with no results. Pressley appeared a little dirty but otherwise appeared unharmed, happy, and alert. Custody was requested and granted of Pressley Smith due to having no caregiver.

2. If the child(ren) are not legal residents, how they get into the U.S. and in your custody? NA

3. If the legal parent(s') whereabouts are unknown, state all efforts in your diligent search to find them and/or the name and address of any known adult relative nearest the court. NA

4. Is the child(ren) subject to the Indian Children Welfare Act? Yes/No: No

5. Is any information required by O.C.G.A. § 15-11-152 unknown? Yes/No: No

6. Are the parents capable of paying child support and should be ordered to do so? Yes/No: unknown

| Investigating Officer: | Agency: P.D. Report #: | Phone #: |
|---|---|---|
| Complainant's Name: Jessica Holder | Complainant's Address: 10056 N. Hwy 27 Suite A | |

## Sample "Certificate of Service"

I hereby certify that a true and correct copy of the foregoing pleading was served on the following persons:

(Here you should list the attorneys or parties and their addresses to who you sent a copy of the pleading.)

Example:

1. Mr. John Smith
   Attorney
   Street Address or Post Office Box
   City, State, Zip Code

2. Ms. Ann Jones
   Street Address or Post Office Box
   City, State, Zip Code

by depositing same in the United States mail this __24__ day of __NOV__, ~~2009~~ 2021.

_____
James Jones, Pro Se Plaintiff
Street Address
City, State, Zip Code
Telephone Number

This _____ day of _____, 2009.

I am in the Process of trying to Probate and I knew nothing of this or the names being used. Wondering if I should Appeal this. I found it last night.

4