UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| NANCY SMITH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| | ) No. 1:21-CV-288 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| WALKER COUNTY POLICE | ) |
| DEPARTMENT, PEACE OFFICER, | ) |
| WALKER COUNTY SPECIAL UNIT/TASK | ) |
| FORCE, and WALKER COUNTY FAMILY | ) |
| AND CHILDREN SERVICES, | ) |
| | ) |
|    Defendants. | ) |

## JUDGMENT ORDER

On June 23, 2022, United States Magistrate Judge Christopher H. Steger filed a report and recommendation (the "R&R") upon screening Plaintiff's *pro se* complaint under 28 U.S.C. § 1915(e)(2). (Doc. 12.) No objection has been filed to the R&R within the given fourteen days. *See* 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 6(d) (allowing three additional days after service by mail). Therefore, the Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 12), except for the recommendation that Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) be denied as moot, because that motion has already been granted (*see* Doc. 12). Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.[1]

---

[1] Plaintiff's service copy of the R&R was returned to the Court as undeliverable. (Doc. 13.) Every party not represented by counsel must notify the Court and other parties of any change of address, and the failure to do so within fourteen days may result in dismissal of the action. E.D. Tenn. L.R. 83.13. Plaintiff's failure to comply with this Rule provides an additional basis for dismissal of the action.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ *LeAnna Wilson*
CLERK OF COURT

2

Case 1:21-cv-00288-CLC-CHS   Document 14   Filed 07/12/22   Page 2 of 2   PageID #: 38